**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Clarence Alfred LINDSEY, a/k/a
Cal, a/k/a Clarence Lindsay,
Defendant–Appellant.**

**No. 00–7180.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Clarence Alfred Lindsey, pro se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Clarence A. Lindsey seeks to appeal the district court's order denying his motion for modification of sentence under 18 U.S.C. § 3582(c)(2) motion under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, regarding Lindsey's appeal of his § 3582(c)(2) motion, we affirm on the reasoning of the district court; regarding the appeal of Lindsey's § 2255 motion, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lindsey,* No. CR–91–116–N (E.D.Va. May 10, 2000). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED IN PART.*